UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ahmed Samiraly Edris

Write the full name of each plaintiff.

**22 CV 07095**

\_\_\_\_\_CV_____
(Include case number if one has been assigned)

-against-

City of New York
[NYPD & DHS]

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☑ Yes   ☐ No

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

RECEIVED
SDNY PRO SE OFFICE
2022 AUG 19 PM 3: 2●

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

*I have been made unconscious & cut in my anus many times, most of my belongings have been stolen especially documents & letters to 4 presidents & much more with the knowledge of the Police, FBI, my congressman,.....etc. without helping me or investigating or stopping the criminals who commit these crimes.*

### B. If you checked Diversity of Citizenship

1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
(Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                    (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Ahmed | S | Edris
---|---|---
First Name | Middle Initial | Last Name

G. P. O. Box 7737
Street Address

New York | N.Y. | 10116
---|---|---
County, City | State | Zip Code

646-618-9380 | Ahmede9380.a@gmail.com
---|---
Telephone Number | Email Address (if available)

B. **Defendant Information**

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

City of New York
First Name / Last Name

NYPD & DHS
Current Job Title (or other identifying information)

100 Church Street
Current Work Address (or other address where defendant may be served)

NY         NY         10007
County, City    State    Zip Code

Defendant 2:

_____
First Name    Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City    State    Zip Code

Defendant 3:

_____
First Name    Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City    State    Zip Code

Defendant 4:

First Name                          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                        State            Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Brooklyn, Bronx, Manhattan & Queens

Date(s) of occurrence: on going since January 21, 1993

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

At the homeless shelter, where I live, I woke up in the morning, many times, to find blood in my underwares. I went to the precinct but the police refused to investigate. I went to the hospital & checked the cuts in my anus - it was very painful for days, each time they cut me. [ I do not know who did that, but I know that the police refused to check the cameras or write police report]. most of my belongings were stolen espically documents & many letters including letters to 4 presidents. I went to between 30 to 40 police precincts but they all seem to know what is going on & refused to help me. Some high ranking officers told me that they are only city police & they cannot do anything to those who hurt me & steal from me. my shoes & other belongings were also destroyed, cut or ripped.

Page 5

Almost all people (government offices) I contacted told me, if the police refuses to make a burglary report, we cannot help you because the police is the first step. Also, insurance company told me the same.

I filed a complaint at the Supreme Court & the judge asked for an oral argument.

But after someone stole some papers (2 papers) from a different docket & added them to my file, the judge dismiss the case. More crimes happened after that & I hope

**INJURIES:** I have justice here

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I was cut many times in my anus. I went to Mount Sinai hospital at Amsterdam ave. & 60th st. in Manhattan.

They caused many disabilities that required me to buy a lot of over the counter treatments.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

I am asking for $200 million because the city workers need to do their job & investigate crimes not embolden criminals by looking the other way & insist on not helping the victims. I'm also asking for the immediate investigation I rent unit #'s 3691, 3258 and 3037 at Cube Smart Self Storage [444 west 55th st. N.Y. N.Y.] I was told by the manager (Jorden) that if I call the police again or complain, they will end my lease immediately Also [it seems he knows what is happening]

Page 6

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: August 19, 2022

Plaintiff's Signature: Ahmed

First Name: Ahmed  
Middle Initial: S.  
Last Name: Edris

Street Address: G.P.O. Box 7737

County, City: New York  
State: N.Y.  
Zip Code: 10116

Telephone Number: 646-618-9380  
Email Address (if available): Ahmede9380.a@gmail.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.