UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

AHMED SAMIRALY EDRIS,

                              Plaintiff(s),

                -against-

CITY OF NEW YORK, et al.,

                            Defendant(s).

------------------------------------------------------------X

22   Civ. 7095   (LGS)

ORDER OF REFERENCE
TO A
MAGISTRATE JUDGE

LORNA G. SCHOFIELD, District Judge:

The above entitled action is referred to the Hon. Gabriel W. Gorenstein United States Magistrate Judge, for the following purpose(s):

✔ **GENERAL PRE-TRIAL** (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)

\_\_\_\_\_ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

\_\_\_\_\_ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation)

\_\_\_\_\_ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) *

\_\_\_\_\_ HABEAS CORPUS

\_\_\_\_\_ INQUEST AFTER DEFAULT / DAMAGES HEARING

\_\_\_\_\_ SOCIAL SECURITY

\_\_\_\_\_ SETTLEMENT

\_\_\_\_\_ CONSENT UNDER 28 U.S.C. 636(c) FOR ALL PURPOSES (including trial)

\_\_\_\_\_ CONSENT UNDER 28 U.S.C. 636(c) FOR LIMITED PURPOSE OF

\_\_\_\_\_ JURY SELECTION

SO ORDERED.

Dated: September 2, 2022
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

* Do not check if already referred for General Pre-Trial.