**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
AHMED SAMIRALY EDRIS,

                Plaintiff,

-against-                              22 **CIVIL** 7095 (LGS)

**JUDGMENT**

CITY OF NEW YORK, et al.,,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 15, 2023, Defendants' motion to dismiss the Complaint is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      June 16, 2023

                                                            **RUBY J. KRAJICK**

                                                                     Clerk of Court

                              **BY:**

                                                                      **Deputy Clerk**